**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02129-AP

WILDEARTH GUARDIANS,

    Petitioner,

v.

KEN SALAZAR, Secretary of the U.S. Department of the Interior,

    Respondent, and

NEW MEXICO OIL AND GAS ASSOCIATION,
NEW MEXICO CATTLE GROWERS ASSOCIATION, and
INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO,

    Respondent-Intervenors.

**JOINT CASE MANAGEMENT PLAN FOR PETITION FOR REVIEW OF AGENCY
ACTION IN ENVIRONMENTAL CASE**

Petitioner WildEarth Guardians ("Guardians"), Respondent Ken Salazar, in his official capacity as Secretary of the United States Department of the Interior ("Secretary"), and New Mexico Oil and Gas Association, New Mexico Cattle Growers Association, and Independent Petroleum Association of New Mexico ("Respondent-Intervenors") file this Joint Case Management Plan.

1. **APPEARANCES OF COUNSEL**

For Petitioner: **James J. Tutchton**
WildEarth Guardians
6439 E. Maplewood Ave.
Centennial, CO  80111
Phone 720-301-3843
E-mail: jtutchton@wildearthguardians.org

For Respondent: **J. Brett Grosko**
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
Ph: 202-305-0342/Fax: 202-305-0275
brett.grosko@usdoj.gov

For Respondent-Intervenors: **Charles L. Kaiser**
**Charles A. Breer**
Davis Graham & Stubbs, LLP-Denver
1550 17th Street, #500
Denver, CO 80202
Tel: 303-892-9400
Fax: 303-893-1379
Email: chuck.kaiser@dgslaw.com
Email: charlie.breer@dgslaw.com

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Petitioner argues that this Court has jurisdiction over its claim in this action pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1346 (U.S. as a defendant), 28 U.S.C. §§ 2201-2202 (declaratory and injunctive relief), 16 U.S.C. §§ 1540(c) and (g) (action arising under the ESA and citizen suit provision).  The Respondent contends that this Court lacks subject matter jurisdiction over Petitioner's claim based on principles of mootness and lack of standing. The Respondent-Intervenors may assert standing or other jurisdictional defenses.

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Petition for Review Was Filed:  August 31, 2010.**

   B. **Date Petition for Review Was Served on U.S. Attorney's Office: September 7, 2010.**

   C. **Date Respondent's Answer to Petition Was Filed:  November 8, 2010.**

   D. **Date Respondent-Intervenors' Answer to the Petition was filed: January 3, 2011.**

4. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe that this case raises unusual claims or defenses.

5. **OTHER MATTERS**

As discussed in Respondent's November 9, 2010 Notice of Case Association (Dock. Entry No. 14), this action is related to Biodiversity Conservation Alliance et al. v. Kempthorne et al. (No. 04-2026) (D.D.C.), pending before the Honorable Gladys Kessler in the United States District Court for the District of Columbia.

6. **BRIEFING SCHEDULE**

The parties note that the Petitioner's August 31, 2010 petition challenges under the Endangered Species Act ("ESA") a Candidate Notice of Review ("CNOR") published in the Federal Register by the U.S. Fish and Wildlife Service ("Service") on November 9, 2009.  Dock. Entry No. 1 (discussing U.S. Fish and Wildlife Service, Review of Native Species That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on Resubmitted Petitions; Annual Description of Progress on Listing Actions, 74 Fed. Reg. 57,804 (Nov. 9,

2009) ("2009 CNOR")).  The Service, however, issued a new CNOR on November 10, 2010, superceding the 2009 CNOR.  Review of Native Species That Are Candidates for Listing as Endangered or Threatened; Annual Notice of Findings on Resubmitted Petitions; Annual Description of Progress on Listing Actions, 75 Fed. Reg. 69,222 (Nov. 10, 2010) ("2010 CNOR").  While the Petitioner has provided the Secretary with a letter purporting to provide written notice of intent to sue dated May 11, 2010 as to the 2009 CNOR more than 60 days prior to initiation of this lawsuit, it has not provided a letter purporting to provide written notice of intent to sue as to the 2010 CNOR.  The Petitioner intends to furnish the Secretary with such a letter pursuant to the ESA, 16 U.S.C. § 1540(g), on or before January 28, 2010.  Accordingly, in addition to providing proposed dates for the parties' briefs, the parties' proposed schedule permits the Petitioner time to provide the requisite 60-day notice letter and file an amended petition, and for the Respondent and Respondent-Intervenors to file answers to the amended petition.

     **A.**    **Deadline for Petitioner to provide Amended Petition: March 29, 2011.**

     **B.**    **Deadline for Respondent and Respondent-Intervenors to file their Responses or Answers to the Amended Petition:  April 19, 2011**.

     **C.**    **Deadline for Filing Administrative Record:  May 3, 2011**.

     **D.**    **Deadline for Parties to Confer on Record Disputes:  June 2, 2011.**

     **E.**    **Deadline for Filing Motions to Complete and/or Supplement the Administrative Record or for Discovery:  July 5, 2011**.  The deadline for parties' responses to

any motion to complete and/or supplement the administrative record, or for discovery, shall be governed by D.C. Colo. L. Civ. R. 7.1(C).

      **F.**    **Petitioner's Opening Brief Due: August 4, 2011.** The page limit for this brief shall be 40 pages.

      **G.**    **Respondent's and Respondent-Intervenors' Response Briefs Due: September 6, 2011.** The page limit for Respondent's and Respondent-Intervenors' respective response briefs shall each be 40 pages.

      **F.**    **Petitioner's Reply Brief (If Any) Due: September 21, 2011.** The page limit for this brief shall be 30 pages.

    **7.**    **STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**    **Petitioner's Statement:** Oral argument is requested.

      **B.**    **Respondent's Statement:** Oral argument is not requested.

      **C.**    **Respondent Intervenors' Statement:** Oral argument is requested.

    **8.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE.**

      **A.**    **(\_\_\_) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **9.**    **OTHER MATTERS**

PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. L. Civ. R. 5.1(G) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL

PRO SE PARTIES.  PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. L.Civ. R. 6.1(E) BY SERVING SUCH MOTION UPON THE MOVING ATTORNEY'S CLIENT.

### 10.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 25th day of January, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

IGNACIA S. MORENO, Assistant Attorney General

s/J. Brett Grosko
**J. BRETT GROSKO**
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
Ph: 202-305-0342/Fax: 202-305-0275
brett.grosko@usdoj.gov

*Attorneys for Respondent*

s/James J. Tutchton
**JAMES J. TUTCHTON**
WildEarth Guardians
6439 E. Maplewood Ave.
Centennial, CO  80111
Tel: (720) 301-3843
E-mail: jtutchton@wildearthguardians.org.

*Attorney for Petitioner WildEarth Guardians*


s/Charles A. Breer
**CHARLES L. KAISER**
**CHARLES A. BREER**
Davis Graham & Stubbs, LLP-Denver
1550 17th Street, #500
Denver, CO 80202
Tel: 303-892-9400
Fax: 303-893-1379
Email: charlie.breer@dgslaw.com
chuck.kaiser@dgslaw.com
charlie.breer@dgslaw.com

*Attorneys for Respondent-Intervenors*