IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2129-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as
United States Secretary of the Interior,**

    Defendant.

    and

**NEW MEXICO OIL AND GAS ASSOCIATION; NEW MEXICO CATTLE GROWERS ASSOCIATION; and INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO,**

    Intervenor-Defendants

---

**ORDER**

---

This matter is currently before me on Defendant's Unopposed Motion to Stay (doc. 29). The government has moved for a stay because the parties have reached a settlement agreement in another case that, if approved by the court in that case, may result in a subsequent agreement to dismiss Plaintiff's claim in this case.

The interest of judicial economy favors the requested stay, and Defendant's Unopposed Motion to Stay (doc. 29) is GRANTED. This matter will be stayed until fourteen (14) days after a decision by the U.S. District Court for the District of Columbia on the parties' Joint Motion for Approval of Settlement in *In re Endangered Species Act Section 4 Deadline Litig., Misc. Action No. 10-377* (EGS), MDL Docket No. 2165 (D.D.C.), at which time the parties shall submit a

joint status report updating me of the status of their settlement agreement.

    Dated:  May 23, 2011                BY THE COURT:

                                               **/s/ John L. Kane**
                                               Senior U.S. District Judge