**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-02129-JLK

WILDEARTH GUARDIANS,

    Petitioner,

v.

KEN SALAZAR, Secretary of the U.S. Department of the Interior,

    Federal Respondent.

## JOINT NOTICE OF APPROVAL OF RELATED SETTLEMENT AGREEMENTS

In accordance with the Court's May 23, 2011 Order (Dkt. No. 53), Petitioner WildEarth Guardians ("Guardians") and Federal Respondent Kenneth Salazar, in his official capacity as Secretary of the U.S. Department of the Interior, hereby notify the Court that two proposed settlement agreements between the Guardians and the Federal Respondent and the Center for Biological Diversity ("Center") and Federal Respondent, respectively, filed in multi-district litigation consolidated before District Judge Emmet G. Sullivan in the U.S. District Court for the District of Columbia, were approved by Judge Sullivan on September 9, 2011. *In re Endangered Species Act Section 4 Deadline Litig.*, Misc. Action No. 10-377 (EGS), MDL Docket No. 2165 (D.D.C.) ("ESA Section 4 MDL"), MDL Docket ("Dkt.") 55 and 56 (attached as Exhibits "1" and "2").

Previously, on May 10, 2011, the Federal Respondent and Guardians moved for approval of a proposed settlement agreement in the ESA Section 4 MDL that would resolve Guardians' claims in that action. MDL Dkt. 31-1 ("Service-Guardians Agreement") (Exh. "3"). On July 12, 2011, Federal Respondent and the Center moved for approval of a separate proposed settlement

agreement that would resolve the Center's claims in the ESA Section 4 MDL.  MDL Dkt. 42-1. The Service-Guardians agreement provides for the U.S. Fish and Wildlife Service's ("Service") completion of a proposed listing rule or not-warranted finding for the particular species at issue in this case–the Lesser prairie chicken–before the end of the Service's Fiscal Year 2012.  Exh. "3".  Hence, because Guardians' settlement agreement in the ESA Section 4 MDL provides the relief Guardians sought from the Service in this case, resolution of the Lesser prairie chicken's status under the ESA, Judge Sullivan's approval of that settlement agreement resolves Guardians' claims at issue here.  Separately, Federal Respondent and Guardians intend to file a motion to dismiss or a stipulation of dismissal in this case as soon as practicable.

Dated:  September 23, 2011              Respectfully submitted,

                                        IGNACIA S. MORENO, Assistant Attorney
                                        General

                                        */s/ J. Brett Grosko*
                                        _____
                                        J. BRETT GROSKO, Trial Attorney
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        P.O. Box 7369
                                        Washington, DC 20044-7369
                                        Ph: 202-305-0342/Fax: 202-305-0275
                                        brett.grosko@usdoj.gov

                                        *Attorneys for Federal Respondent*


                                        */s/ Jay Tutchton* (with permission)
                                        _____
                                        JAY TUTCHTON
                                        WildEarth Guardians
                                        6439 E. Maplewood Avenue
                                        Centennial, CO 80111
                                        Tel: (720) 301-3843
                                        E-mail: jtutchton@wildearthguardians.org

                                        *Attorney for Petitioner WildEarth Guardians*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 23, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the following e-mail address:

**James J. Tutchton**
WildEarth Guardians
6439 E. Maplewood Ave.
Centennial, CO  80111
E-mail: jtutchton@wildearthguardians.org.

*Attorney for Petitioner*

**Charles A. Breer**
**Charles L. Kaiser**
Davis Graham & Stubbs, LLP-Denver
1550 17th Street, #500
Denver, CO  80202
303-892-9400
Fax: 303-893-1379
charlie.breer@dgslaw.com
chuck.kaiser@dgslaw.com

*Attorneys for Respondent-Intervenors*

*/s/ J. Brett Grosko*
J. Brett Grosko