IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2129-AP**

**WILDEARTH GUARDIANS,**

      Plaintiff,

v.

**KEN SALAZAR, in his official capacity as
United States Secretary of the Interior,**

      Defendant.

      and

**NEW MEXICO OIL AND GAS ASSOCIATION; NEW MEXICO CATTLE GROWERS ASSOCIATION; and INDEPENDENT PETROLEUM ASSOCIATION OF NEW MEXICO,**

      Intervenor-Defendants

---

**ORDER**

---

Kane, J.

This matter is currently before me on the parties' Stipulated Settlement Agreement and Unopposed Motion to Dismiss (doc. 32). The terms and conditions of the parties' Stipulated Settlement Agreement are reasonable and are adopted as an enforceable order of this Court. This case is dismissed with prejudice, subject to the Court's retention of jurisdiction to enforce the terms of the Stipulated Settlement Agreement.

Dated: November 14, 2011                BY THE COURT:

                                                    **/s/ John L. Kane**
                                                    Senior U.S. District Court Judge